ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2006 SEP 13 AM 9:05

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| JOHN RICHARD MARTIN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CV 306-063 |
| ) | |
| MICHAEL PUGH, Warden, ) | |
| ) | |
| ) | |
| Respondent. ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. As Petitioner notes in his objections, he did not challenge any denial of eligibility in a residential drug abuse treatment program, work program, or vocational education opportunity in his original petition. Rather, the Petitioner only challenges the denial of eligibility to reside in a "halfway house" or, as defined in the Report and Recommendation, community correction center eligibility. This minor misstatement has no bearing on the analysis. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED** without prejudice, and this civil action shall be **CLOSED**.

SO ORDERED this 13th day of September, 2006, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE